FILED
December 9, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Joshua Earl Jackson, ) <br> ) <br> Defendant. ) | Case No. 2:05-mj-352 KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Joshua Earl Jackson_ Case No. _2:05-mj-352 KJM_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    _X_   $40,000 Unsecured Appearance Bond

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond secured by Real Property

    \_   Corporate Surety Bail Bond

    _X_   (Other) _PTS conditions/supervision_

Issued at _Sacramento, CA_ on _December 9, 2005_ at _2:42 p.m._

By _____
Kimberly J. Mueller
United States Magistrate Judge