MCGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JOSHUA EARL JACKSON, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. MAG 05-352 KJM <br><br> STIPULATION AND ORDER TO <br> EXTEND TIME FOR PRELIMINARY <br> EXAMINATION AND EXCLUDE TIME |

The parties agree that time beginning January 19, 2006 and extending through February 2, 2006 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until February 2, 2006.  Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may continue to study the facts of this case, and evaluate a possible pre-indictment disposition.  To that end, the

1

1  United States has already transmitted over sixty pages of
2  discovery materials to counsel for the Defendant, and the parties
3  are working diligently.  The parties submit that this interest of
4  justice outweighs the interest of the public and the defendant in
5  a speedy filing of an indictment or information, in accordance
6  with Title 18, United States Code, § 3161(b) and (h)(8)(A), and
7  further that this good cause outweighs the public's interest in
8  the prompt disposition of criminal cases, in accordance with
9  Fed.R.Crim.P. 5(d).
10      The parties further request that this matter be taken off
11 calendar until February 2, 2005, or such time as either party may
12 request a hearing for a purpose other than preliminary
13 examination.

14                                    Respectfully Submitted,

15                                    McGREGOR W. SCOTT
                                      United States Attorney
16

17
   DATE: December 27, 2005     By:   /s/ Matt Segal
18                                   MATTHEW D. SEGAL
                                     Assistant U.S. Attorney
19

20
   DATE: December 27, 2005           /s/ Ned Smock
21                                   NED SMOCK
                                     Counsel for Joshua E. Jackson
22

23

24 **SO ORDERED.**  1/20/06

25
   /s/ Gregory G. Hollows
26 _____
   HON. GREGORY G. HOLLOWS
27 U.S. Magistrate Judge

28 jackson.ord