```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2708
```

FILED

FEB - 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 06-42 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER TO EXCLUDE TIME |
| | ) | |
| JOSHUA EARL JACKSON, | ) | |
| Defendant. | ) | |

The parties agree that time beginning February 2, 2006 and extending through March 9, 2006 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may further analyze the facts and also negotiate, draft, and evaluate a

//
//
//

1

possible plea agreement. The parties submit that this interest of justice outweighs the interest of the public and the defendant in a speedy trial.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: February 2, 2006        By:   /s/ Matt Segal
                                    MATTHEW D. SEGAL
                                    Assistant U.S. Attorney

DATE: February 2, 2006              /s/ Ned Smock
                                    NED SMOCK
                                    Counsel for Joshua E. Jackson

**SO ORDERED.**

HON. PETER A. NOWINSKI
U.S. Magistrate Judge

2