DANIEL BRODERICK, Bar No. 89424
Acting Federal Defender
NED SMOCK, Bar No. 236238
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
Joshua Earl Jackson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                     )<br>               Plaintiff,            )<br>                                     )<br>     v.                              )<br>                                     )<br> JOSHUA EARL JACKSON                  )<br>                                     )<br>               Defendant.            )<br>_____) | No. CR S-06-042 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date: March 16, 2006<br>Time: 2:00 P.M.<br>Judge: Hon. William B. Shubb |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Matthew Segal, and defendant Joshua Jackson, by his counsel, Ned Smock, hereby stipulate and agree that the status conference now scheduled for March 9, 2006 at 2:00 PM be vacated and a new date of March 16, 2006 at 2:00 PM be set for change of plea.

Defense counsel received a plea offer from the government yesterday.  Defense counsel needs time to meet with his client and discuss the offer.  It is anticipated that there will be a change of plea on March 16, 2006.

It is stipulated that the period from March 9, 2006 until March 16, 2006 be excluded in computing the time within which trial must

1

commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

    Respectfully submitted,
MCGREGOR SCOTT
United States Attorney


DATED: March 7, 2006    /s/ Matthew Segal
MATTHEW SEGAL
Assistant U. S. Attorney


DATED: March 7, 2006    /s/ Ned Smock
NED SMOCK
Attorney for Defendant
JOSHUA EARL JACKSON


**O R D E R**

FOR GOOD CAUSE SHOWN IT IS SO ORDERED.

DATED: March 7, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE